JACKLIN CHOU LEM (CASBN 255293)
HOWARD J. PARKER (WASBN 07233)
PARADI JAVANDEL (CASBN 295841)
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SATOSHI OKUBO (aka OHKUBO),<br><br>Defendant. | No. 3:17-CR-00074-JD<br><br>**UNITED STATES' [PROPOSED] ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIMS NOTIFICATION UNDER 18 U.S.C. § 3771** |

On this date, the Court considered the United States' Motion to Establish Procedure for Crime Victims Notification Under 18 U.S.C. § 3771. The Court GRANTS the Motion and ORDERS that for crime victim notification required by 18 U.S.C. § 3771 of public court and parole proceedings, plea bargains and deferred prosecution agreements, and various rights, services and points of contacts, the Antitrust Division may, as an alternative to individual notices, provide reasonable, accurate, and timely notice through its web site, https://www.justice.gov/atr/victims-rights, and through written notice to counsel for Flextronics and lead counsel for the direct and indirect purchaser plaintiffs in the parallel civil actions pending before this Court (*In re Capacitors Antitrust Litigation*, 3:14-cv-03264-JD).

IT IS SO ORDERED.

Dated: March 28, 2017

_____
Honorable James Donato
United States District Court Judge